UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS TRUST et al.,

Plaintiffs,

v.

DIGITAL INTERIOR GROUP, LLC, et al.,,

Defendants/Judgment Debtors,

and

COMMENCEMENT BANK,

Garnishee Defendant.

CASE NO. 2:26-mc-00027-JHC

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. Plaintiffs filed a motion for writ of garnishment in a related case, 24-cv-00928-RSL, but per this Court's policy a writ of garnishment must be filed as a separate action, and thus, that motion was filed in error. *See* Filing a Miscellaneous Action, https://www.wawd.uscourts.gov/attorneys/miscellaneous-actions (last visited May 4, 2026). The presiding judge in the related matter sua sponte directed the Clerk of the Court to open a new miscellaneous case, which is now before this Court. *See* Dkt. # 1. Plaintiffs have not paid the filing fee for the new miscellaneous case. *See generally* Docket.

ORDER TO SHOW CAUSE - 1

A notice of filing deficiency was entered on April 24, 2026, informing the parties that a fee must be paid by May 1, 2025.[1] Dkt. # 5. No fee has been paid. *See generally* Docket. While ordinarily this would be grounds for dismissal without prejudice, *see* LRC 3(b), because of the unique procedural history of this case the Court provides Plaintiffs additional time and notice of the deficiency.

Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE within ten days of the date of this order why this action should not be dismissed or to satisfy the filing deficiency as instructed in Docket No. 5. If Plaintiffs do not satisfy the deficiency, the Court will dismiss the action without prejudice.

Dated this 4th day of May, 2026.

John H. Chun
John H. Chun
United States District Judge

---

[1] Only Plaintiffs' attorney has appeared in the case.

ORDER TO SHOW CAUSE - 2