# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., | CASE NO. 2:26-mc-0027-JHC |
| Plaintiffs/Judgment Creditors, | |
| v. | **ORDER DIRECTING JUDGMENT AGAINST GARNISHEE** |
| DIGITAL INTERIOR GROUP, LLC, et al., Defendants/Judgment Debtors, | **COMMENCEMENT BANK AND DIRECTING DEPOSIT AND DISBURSEMENT OF REGISTRY FUNDS** |
| and | |
| COMMENCEMENT BANK, | |
| Garnishee Defendant. | |

This matter comes before the Court on Plaintiffs/Judgment Creditors' Motion for Entry of Judgment Against Garnishee Commencement Bank. Dkt. # 3. The Court has reviewed the Motion, the Declaration of Wesley J. Smith, the pleadings and papers on file, and Commencement Bank's Answer to Writ of Garnishment.

The Court finds that Commencement Bank answered the Writ of Garnishment and disclosed that it had possession or control of funds belonging to Defendants/Judgment Debtors in the amount of $4,446.78. Dkt. # 2-6. Plaintiffs/Judgment Creditors requested entry of judgment against Garnishee Defendant Commencement Bank in that amount and payment through the registry of the Court, with the amount collected to be credited against the Amended Judgment entered against Defendants/Judgment Debtors.

Order Directing Judgment Against Garnishee
Commence Bank and Directing Deposit and
Disbursement of Registry Funds
1

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.      Judgment is entered in favor of Plaintiffs/Judgment Creditors, Board of Trustees of the Employee Painters' Trust, et al., and against Garnishee Defendant Commencement Bank in the amount of **$4,446.78**.

2.      If not already done, Commencement Bank shall deposit the amount of $4,446.78 into the Registry of the Court. The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $4,446.78.

3.      The funds deposited into the Registry of the Court shall be invested in the Court Registry Investment System ("CRIS"), an interest-bearing account, in accordance with the guidelines set by the Administrative Office of the Court and approved by the Court.

4.      Upon deposit of the funds into the Registry of the Court, the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $4,446.78, plus all accrued interest, payable to Board of Trustees of the Employee Painters' Trust, et al., c/o Christensen James & Martin, Chtd., 7440 W. Sahara Avenue, Las Vegas, Nevada 89117, and to mail or deliver the check to the above payee through counsel.

5.      The amount collected pursuant to this Judgment shall be credited against the Amended Judgment entered in this action against Defendants/Judgment Debtors Digital Interior Group, LLC, Felipe Fernandez Camey, and Mario R. Bonilla.

6.      Plaintiffs/Judgment Creditors shall provide the Clerk's Office Finance Department with any required mailing address information and completed IRS Form W-9 for the disbursement recipient, and such materials shall not be filed in the record.

//

//

Order Directing Judgment Against Garnishee
Commence Bank and Directing Deposit and
Disbursement of Registry Funds
2

DATED this 14th day of May, 2026.


_____
JOHN H. CHUN
United States District Judge

Order Directing Judgment Against Garnishee
Commence Bank and Directing Deposit and
Disbursement of Registry Funds
3