UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST et al., | CASE NO. 2:26-mc-00027-JHC |
| Plaintiff, | ORDER |
| v. | |
| DIGITAL INTERIOR GROUP, LLC, et al., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Application for Writ of Garnishment. Dkt. # 9. "Garnishment is a statutory remedy that requires strict adherence to the procedures expressly authorized by statute." *Watkins v. Peterson Enters., Inc.*, 973 P.2d 1037, 1043 (Wash. 1999). Here, the proposed Writ of Garnishment commands Garnishee Commencement Bank to do the following:

> Answer this Writ according to the instructions in this Writ *and in the Answer forms* and, within 20 days after the service of the writ upon you, to mail or deliver the original of such Answer to the Court, one copy to the Plaintiffs/Judgment Creditors or the Plaintiffs/Judgment Creditors' attorney, and one copy to the Defendant/Judgment Creditors, at the addresses listed at the bottom of this Writ.

Dkt. # 9-2 at 2-3 (emphasis added); *see* Wash. Rev. Code §§ 6.27.100(1), 6.27.190; *see also* Wash. Rev. Code § 6.27.070 ("[T]he clerk . . . shall immediately issue and deliver a writ of

ORDER - 1

garnishment . . . commanding the garnishee to answer said writ *on forms served with the writ* and complying with RCW 6.27.190 within twenty days after the service of the writ upon the garnishee." (emphasis added)).  But no answer form is attached to proposed Plaintiff's Writ of Garnishment.  *See generally* Dkt. No. 9-2.  The application is therefore DENIED without prejudice.  *See Nw. Adm'rs, Inc. v. CY Expo LLC*, No. 2:23-mc-00051-LK, 2023 WL 4363674, at *1 (W.D. Wash. July 6, 2023) (denying writ of garnishment where plaintiff failed to attach answer form).  These may not be the only shortcomings in Plaintiff's application, but the Court need not scour the record any further.

Plaintiffs may file an amended application by July 14, 2026.  If the Court does not receive an amended application by that date, it will direct the Clerk to close this matter.

Dated this 6th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2