UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST et al., | CASE NO. 2:26-mc-00027-JHC |
| Plaintiff, | ORDER |
| v. | |
| DIGITAL INTERIOR GROUP, LLC, et al.,, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Amended Application and Request for Issuance of Writ of Garnishment.  Dkt. # 11.  "Garnishment is a statutory remedy that requires strict adherence to the procedures expressly authorized by statute."  *Watkins v. Peterson Enters., Inc.*, 973 P.2d 1037, 1043 (Wash. 1999).  Under Wash. Rev. Code § 6.27.130(1):

> When a writ is issued under a judgment, on or before the date of service of the writ on the garnishee, the judgment creditor shall mail or cause to be mailed to the judgment debtor, by certified mail, addressed to the last known post office address of the judgment debtor, (a) a copy of the writ and a copy of the judgment creditor's affidavit submitted in application for the writ, and (b) *if the judgment debtor is an individual, the notice and claim form prescribed in RCW 6.27.140.*

*Id.* (emphasis added).  Here, two of the judgment debtors are individuals, but the notice and claim form prescribed in Wash. Rev. Code 6.27.140 was not attached to Plaintiff's Amended Application and Proposed Writ of Garnishment.  *See generally* Dkt. # 11; *see also* Dkt. # 9.  The

ORDER - 1

application is therefore DENIED without prejudice.  *See Amazon.com Inc et al v. Yeh et. al*, No. 2:25-mc-30-JHC (W.D. Washington July 22, 2025) (denying writ of garnishment where plaintiff failed to attach a notice and claim form for individual judgment debtors).

Plaintiffs may file an amended application by July 16, 2026.  If the Court does not receive an amended application by that date, it will direct the Clerk to close this matter.

Dated this 9th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2