**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND, et al.<br><br>Plaintiffs/Judgment Creditors,<br>vs.<br><br>DIGITAL INTERIOR GROUP, LLC, a Washington limited-liability company; FELIPE FERNANDEZ CAMEY, an individual; MARIO R. BONILLA, an individual; DOES & ROES I-X,<br><br>Defendants/Judgment Debtors,<br><br>and<br><br>COMMENCEMENT BANK,<br><br>Garnishee Defendant. | **CASE NO. 2:26-mc-00027-JHC**<br><br>**ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT**<br><br>(Debts Other Than Earnings) |

**IT IS ORDERED**: Plaintiffs/Judgment Creditors' Application for Writ of Garnishment directed to COMMENCEMENT BANK as Garnishee Defendant is:

[X] Granted. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney for Plaintiffs/Judgment Creditors, Wesley J. Smith, Esq., 7440 W. Sahara Avenue, Las Vegas, Nevada, 89117;

[ ] Denied. For the following reasons:

Dated this 7th day of August 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE